*cc:, CV +* *Joan* 

⑪

11-21-01
sc

# MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Civil No. | |
|---|---|---|
| MARTIN v. GUARDIAN LIFE INS. | 1:01-CV-1111 | Consent |

| Proceeding: | Case Management Conference |
|---|---|

| Set For: | November 20, 2001 | At: | 9:00 a.m. |
|---|---|---|---|

| Time Commenced: | 8:55 A | Time Terminated: | 9:25 A |
|---|---|---|---|

| For Plaintiff: | For Defendant: |
|---|---|
| Ira Weinstock, Esquire | Steven Maniloff, Esq. (Guardian Life) <br> ~~Michael Butler, Esq.~~ (Guardian Life) <br> ~~Drake Nicholas, Esq.~~ (Fairview Twp.) <br> Timothy Nieman, Esq. (Fairview Twp.) |

**REMARKS:** CASE MANAGEMENT CONFERENCE

FILED
HARRISBURG, PA
NOV 2 0 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK