UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD MARTIN, | : | CIVIL NO. **1:01-CV-1111** |
| Plaintiff | : | (Magistrate Judge Smyser) |
| v. | : | |
| GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and FAIRVIEW TOWNSHIP, | : | **FILED**<br>**HARRISBURG, PA**<br><br>NOV 2 1 2001 |
| Defendants | : | MARY E. D'ANDREA, CLERK<br>PER _____ DEPUTY CLERK |

### CASE MANAGEMENT ORDER

Pursuant to a case management conference held on November 20, 2001, **IT IS ORDERED** that:

1. **Additional Parties.** Additional parties shall be added on or before **March 1, 2002**.

2. **Amended Pleadings**. The final date for amendments to the pleadings is **March 1, 2002**.

3. **Expert Reports**. The deadline for the exchange of expert reports is **May 1, 2002**. Any supplements to reports shall be provided to other parties on or before **June 3, 2002**.

AO 72A
(Rev.8/82)

4. **Discovery Deadline.** All discovery shall be planned and commenced so as to be completed by **May 1, 2002.**

The maximum number of depositions per side shall be six (6) for plaintiff and three (3) for each defendant; the maximum number of interrogatories per side shall be fifty (50) for plaintiff and twenty-five (25) for each defendant; the maximum number of document production requests per side shall be forty (40) for plaintiff and twenty (20) for each defendant; and the maximum number of requests for admissions per side shall be twenty-five (25).

5. **Dispositive Motions.** Any dispositive motion shall be filed, as well as the supporting brief, on or before **June 3, 2001.**

6. **Settlement Conference and Pretrial Conference.**

(a) At least ten days prior to the date scheduled for the final pretrial conference, counsel for the parties shall hold the attorneys' conference required by Local Rule 16.3. An attorney who has not entered an appearance as of the date of the LR 16.3(b) conference of attorneys, or who does not attend the LR 16.3(b) conference of attorneys, may not serve as

2

trial counsel, unless extraordinary circumstances are shown to warrant an exception.

 **(b)** This conference shall be face-to-face unless the court, upon written request, approves another arrangement. Failure of the plaintiff to initiate the holding of the conference or of the defendant to respond to such initiative in an appropriate manner may result in the imposition of sanctions, including possible dismissal of the action.

 **(c)** Each party shall file a pretrial memorandum in conformity with the Rules of Court, M.D.Pa. Failure to timely file pretrial memoranda will result in an appropriate sanction. Fed.R.Civ.P. 16(f).

 **(d)** A final pretrial conference and settlement conference shall be held on **July 18, 2002 at 10:00 a.m.,** in Chambers, Room 1110, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Counsel who will try the case shall attend the pretrial conference unless the court, upon written request, approves the substitution of another attorney who is fully familiar with the case and has the settlement authority required by Local Rule 16.2. A copy of the local rules may be obtained from the Clerk of the Court by writing: Clerk of Court, Federal Building, P.O. Box 983, Harrisburg, Pennsylvania 17108-0983. At the pretrial

3

conference, counsel for the plaintiff shall be required to set forth the elements of the particular type of claim (or claims) being made. Counsel for the defendant shall be required to identify any legal defenses they expect to make. It should be noted that the court expects to hold counsel for both sides to the claims and defenses they outline here unless good cause is shown for allowing additional legal theories, claims and/or defenses in sufficient time to consider and evaluate them before trial. Settlement will also be discussed at the pretrial conference. A separate settlement conference will be set upon the request of a party.

7. **Non-Jury Trial**. Trial shall begin at **9:00 a.m., on August 22, 2002**, in Courtroom No. 5, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

8. **Case Management Track**. This case is on the standard track.

The court will, in the absence of extraordinary circumstances, adhere to the schedule hereby established. Continuances of trial and extensions of the discovery period

4

will be granted only when extraordinary circumstances arise and application is timely made.

                                                           J. Andrew Smyser
                                                           Magistrate Judge

Dated: November 21, 2001.

5

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

November 21, 2001

Re: 1:01-cv-01111    Martin v. Guardian Life Insura

True and correct copies of the attached were mailed by the clerk to the following:

    Ira H. Weinstock, Esq.
    800 North Second Street
    Harrisburg, PA  17102

    Michael J. Butler, Esq.
    123 South Broad Street
    Philadelphia, PA  19109

    Steven Maniloff, Esq.
    Montgomery McCracken Walker & Rhoads
    123 S. Broad Street
    Philadelphia, PA  19109

    Drake D. Nicholas, Esq.
    Rhoads & Sinon
    Box 1146
    Harrisburg, PA  17108-1146

    Timothy J. Nieman, Esq.
    RHOADS & SINON LLP
    One South Market Square
    Dauphin Deposit Bank Building
    Harrisburg, PA  17101

cc:
Judge                       ( )          ( ) Pro Se Law Clerk
Magistrate Judge            ( )          ( ) INS
U.S. Marshal                ( )          ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )



```
Federal Public Defender   ( )
Summons Issued            ( )  with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5       ( )
Order to Show Cause       ( )  with Petition attached & mailed certified mail
                                 to: US Atty Gen   ( )   PA Atty Gen ( )
                                     DA of County  ( )   Respondents ( )
Bankruptcy Court          ( )
Other_____   ( )
                                              MARY E. D'ANDREA, Clerk

DATE:     11-21-01                      BY:  /s/
                                             Deputy Clerk
```