cc: M J Smyser; Atty Weinstock; Butler, Maniloff; Nicholas & Nieman

⑬ 7/18/02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD MARTIN,                :    CIVIL NO. **1:01-CV-1111**
            Plaintiff          :
                               :    (Magistrate Judge Smyser)
        v.                     :
                               :    **FILED**
GUARDIAN LIFE INSURANCE        :    HARRISBURG, PA
COMPANY OF AMERICA and         :
FAIRVIEW TOWNSHIP,             :    JUL 1 8 2002
                               :
            Defendants         :    MARY E. D'ANDREA, CLERK
                                    Per _____
                                        Deputy Clerk

### ORDER

By letter dated July 17, 2002, plaintiff's counsel has advised the court that this action has been amicably settled. Therefore, **IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if the parties find the need to do so. **IT IS FURTHER ORDERED** that the pretrial conference set for July 18, 2002 and the trial set for August 22, 2002 are **CANCELLED**.

_____
J. Andrew Smyser
Magistrate Judge

Dated:   July  /8 , 2002.

AO 72A
(Rev.8/82)