Strip only RB 8/5/0 

# ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD E. MARTIN, JR., :
:
Plaintiff, :
:                CASE NO. 1:CV-01-1111
vs. :
:                (Judge Smyser)✓
THE GUARDIAN LIFE IN- :
SURANCE COMPANY OF :
AMERICA and FAIRVIEW :
TOWNSHIP, :
:
Defendants. :

**FILED**
HARRISBURG, PA
Sthponly
AUG 0 2 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## <u>STIPULATED ORDER OF DISMISSAL</u>

IT IS HEREBY STIPULATED, by and between counsel for all parties hereto

subject to the approval of the Court, as follows:

1.     All claims presented by the complaint herein shall be dismissed with

prejudice as to all parties pursuant to Rule 41(a) of the Federal Rules of Civil

Procedure.

2.    This Court shall retain jurisdiction for the purpose of administering, interpreting, enforcing or effectuating the terms and conditions of the settlement.

3.    Each party shall bear his or its own costs and attorneys' fees.

**IRA H. WEINSTOCK, P.C.**
800 North Second Street
Harrisburg, PA  17102
Phone:  717-238-1657


By: _____
    IRA H. WEINSTOCK
    Attorney for the Plaintiff


MONTGOMERY, McCRACKEN, WALKER,
  & RHOADS, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109


By:_____
    STEVEN MANILOFF
    Attorney for the Defendant The
    Guardian Life Insurance Company
    of America

RHOADS & SINON, LLP
One South Market Square, 12th Floor
P. O. Box 1146
Harrisburg, PA  17108-1146


By:_____
TIMOTHY J. NIEMAN
Attorney for Defendant Fairview
Township


SO ORDERED:


_____
United States District Judge

Dated:_____